213

**No. 52588.**—Toa Kigyo Corporation *v.* United States, protest 102800–K (New York).

Opinion by EKWALL, J.  An examination of the record failing to disclose anything that would warrant disturbing the collector's action, the protest was overruled.

**No. 52589.**—A. R. Matthews *v.* United States, protest 132816–K (Seattle).

Opinion by EKWALL, J.  Government counsel moved to dismiss the protest on the ground that it involved a question of value over which this court sitting in classification has no jurisdiction.  An examination of the record disclosing that the motion was well-taken, the motion to dismiss was granted.

**No. 52590.**—A. W. Pope *v.* United States, protest 132858–K (Seattle).

· Opinion by EKWALL, J.  Government counsel moved to dismiss the protest on the ground that it involved a question of value over which this court sitting in classification has no jurisdiction.  An examination of the record disclosing that the motion was well-taken, the motion to dismiss was granted.

**No. 52591.**—J. W. Hampton, Jr., & Co. *v.* United States, protests 139965–K, etc. (Philadelphia).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise invoiced as cod-liver oil pulp residue, cod-liver oil pulp, or cod-liver oil residue is similar in all material respects to that the subject of *J. W. Hampton, Jr., & Co. et al.* v. *United States* (20 Cust. Ct. 66, C. D. 1085), the claim for free entry under paragraph 1780 was sustained.

**No. 52592.**—Dolliff & McGrath et al. *v.* United States, protests 991398–G, etc. (Boston, Chicago, and Tampa).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52593.**—W. F. Kennedy et al. *v.* United States, protests 113685–K, etc. (Galveston, Los Angeles, and Philadelphia).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 7, 1948

**No. 52594.**—Hahn Dep't Stores Purch. Corp. et al. *v.* United States, protests 589104–G, etc. (New York).